UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| TIMOTHY D. JOHNSON, | |
|---|---|
| Plaintiff, | CASE NO. 11-cv-05511-JRC |
| v. | ORDER TO SHOW CAUSE |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

This matter is before the Court on plaintiff's Motion for Leave to Proceed *in forma pauperis* (ECF No. 1).

On July 5, 2011, plaintiff filed his application to proceed *in forma pauperis* and written consent for payment of costs, along with his proposed complaint, cover sheet and summons (Motion for Leave to Proceed *in forma pauperis*, ECF No. 1, Attachments 1-6). The application and consent were signed by the attorney "per oral authorization" from plaintiff (See Motion for Leave to Proceed *in forma pauperis*, ECF No. 1, p. 2, Written Consent for Payment of Costs, Attachment 3).

The Application to Proceed *in forma pauperis* requires that a plaintiff "declare under penalty of perjury" that the information included on the application is "true and correct" (see id.). Although attorneys often sign documents on behalf of their clients, it is not proper for an attorney to make a declaration "under penalty of perjury" on behalf of a client. It is the actual

ORDER - 1

plaintiff that must make the proper declaration here, and it cannot be completed via oral authorization through his attorney.

Accordingly, **by no later than August 22, 2011, plaintiff either shall file the application and consent forms signed by plaintiff or show cause why his motion should not be denied.**

The clerk is directed to note August 22, 2011 on the calendar and send a copy of this order to counsel of record.

DATED this 11th day of July, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2