UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY D. JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,, Commissioner of the Social Security Administration,<br><br>        Defendant. | CASE NO. 11-cv-05511 JRC<br><br>ORDER GRANTING STIPULATED MOTION TO REVERSE AND REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

      This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (<u>See also</u> Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 8; Consent to Proceed Before a United States Magistrate Judge, ECF No. 10.) This matter is before the Court on defendant's stipulated motion to remand the matter to the Commissioner for further consideration. (ECF No. 23.)

      After reviewing defendant's stipulated motion and the remaining record, the Court grants defendant's motion, and reverses and remands this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

ORDER GRANTING STIPULATED MOTION TO
REVERSE AND REMAND PURSUANT TO
SENTENCE FOUR OF 42 U.S.C. § 405(G) - 1

On remand, the Administrative Law Judge (the "ALJ") will offer plaintiff an opportunity for a new hearing.  The ALJ also will reassess all of the medical and non-medical evidence of record, including Dr. Quinci's opinion and the GAF scores in the record, specify the weight accorded to each opinion and provide rationale; reassess the paragraph "B" criteria related to plaintiff's mental impairments, including DA&A evaluation; reassess plaintiff's credibility and residual functional capacity; and, if necessary, obtain additional vocational expert testimony. Finally, on remand, the ALJ will associate this claim and plaintiff's subsequent claim for Title XVI filed on August 25, 2010.

Following proper presentation, this Court will consider plaintiff's application for costs, expenses, and attorney fees pursuant to 28 U.S.C. § 2412(d).

Given the facts and the parties' stipulation, the Court hereby orders that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

**JUDGMENT** is for plaintiff and the case should be closed.

Dated this 12th day of January, 2012.

J. Richard Creatura
United States Magistrate Judge