UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY D. JOHNSON,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

        Defendant.

CASE NO. 11-cv-05511 JRC

ORDER ON STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (See also Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 8; Consent to Proceed Before a United States Magistrate Judge, ECF No. 10). This matter is before the Court on plaintiff's Stipulated Motion for Equal Access to Justice Act Fees and Expenses (see ECF No. 26).

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, (hereinafter "EAJA") and the Stipulation of the parties (ECF No. 26), it is hereby ORDERED that EAJA attorney's fees of $4,631.36 and expenses in the amount of $18.69, shall be awarded to plaintiff pursuant to the

ORDER ON STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES - 1

EAJA and consistent with <u>Astrue v. Ratliff,</u> 130 S. Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010). Defendant shall contact the Department of Treasury after the Order for EAJA fees and expenses is entered in order to determine whether or not the EAJA award is subject to any offset. If it is determined that plaintiff's EAJA award is not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Dellert Baird Law Office, PLLP, based on plaintiff's assignment of these fees and expenses to plaintiff's attorney. Any check for EAJA fees and expenses shall be mailed to plaintiff's counsel, Christopher H. Dellert, Esq., at Dellert Baird Law Firm, PLLP, P.O. Box 955, Port Orchard, WA 98366.

Dated this 6th day of February, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER ON STIPULATED MOTION FOR EQUAL
ACCESS TO JUSTICE ACT FEES AND
EXPENSES - 2